**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose DIAZ–HERNANDEZ, Defendant–Appellant.**

**No. 11–10643.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 13, 2012.[*]

Filed Nov. 19, 2012.

Marni Guerrero, Assistant U.S., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Patrick Edward McGillicuddy, I, Esquire, Law Offices of Patrick E. McGillicuddy, Phoenix, AZ, for Defendant–Appellant.

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

MEMORANDUM ***

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Jose Diaz–Hernandez appeals from his guilty-plea conviction and 51–month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Diaz–Hernandez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Diaz–Hernandez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.